**Leslie WEMIMO, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 80279**

Missouri Court of Appeals, Western District.

ORDER FILED: June 27, 2017

Leslie Wemimo, Kansas City, MO, Appellant, pro se.

Meaghan Myers, Jefferson City, MO, Attorney for Respondent.

Before Division Two: Thomas H. Newton, Presiding Judge, and James Edward Welsh and Karen King Mitchell, Judges

### Order

Per Curiam:

Leslie Wemimo appeals from the denial of her claim for unemployment benefits after the Appeals Tribunal dismissed her appeal for untimeliness. The Labor and Industrial Relations Commission affirmed the Tribunal's decision, finding it was fully supported by competent and substantial evidence, and it adopted the Tribunal's decision as its own. We affirm the Commission's order. Rule 84.16(b).